IN RE GRIEVANCE OF Daniel SWAINBANK, No. 69-80

June 3, 1980. The appellant shall evidence by July 1, 1980, his application to the Board for the certification of questions of law or the appeal shall be dismissed.

STATE of Vermont v. Clarence M. HODGE, No. 74-80

June 3, 1980. Bail appeal dismissed as moot.

STATE of Vermont v. Richard A. PLOOF, No. 75-80

June 3, 1980. Bail appeal dismissed as moot.

STATE of Vermont v. Mark E. ST. AMOUR, No. 76-80

June 3, 1980. Bail appeal dismissed as moot.

John T. McINTOSH and Margaret A. McIntosh v. Ransom D. BLOOD, No. 79-80

June 3, 1980. Appellant's brief shall be filed by June 16, 1980, or cause dismissed.

Linda SCRIVENS v. ELIZABETH LUND HOME, No. 87-80

June 3, 1980. Appellant's motion for expedited hearing will be entertained when briefs are filed by the parties.

David TOWNSEND v. Paul and Margaret DeJOINVILLE, No. 91-80

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

Marilyn SMITH v. Richard Claud SMITH, No. 99-80

June 3, 1980. Appellant's printed case and brief shall be filed by July 1, 1980, or cause dismissed.

Andrew VINCENT v. DECATO MOTOR SALES, INC., Decato Brothers, Inc. and International Harvester Credit Corporation, No. 106-80

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

VERMONT AGENCY OF TRANSPORTATION v. Peter I. and Doris E. DIAMONDSTONE, No. 108-80

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.